**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MAIMUNAH CARTER,      :
             :   No. 25-cv-3355-JMY
  vs.         :
             :
SOUTHEAST DELCO SCHOOL   :
DISTRICT d/b/a DELCROFT SCHOOL. :

**ORDER**

  **AND NOW**, this 20th day of March, 2026, upon consideration of the motion to dismiss filed by the Defendant (ECF No. 9), and all papers filed in support thereof and in opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED**.

          **BY THE COURT**:

           /s/ John Milton Younge
          Judge John Milton Younge